MICHAEL F. WRIGHT (SBN 89910)
TAMARA McCROSSEN-ORR (SBN 241340)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:(310) 734-3200
Facsimile: (310) 734-3300
Email:   mwright@steptoe.com
Email:   tmccrossen-orr@steptoe.com

Attorneys for Defendant Lamar Central Outdoor, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WESTERN SIGN COMPANY, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE LAMAR CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS LAMAR ADVERTISING OF SACRAMENTO, INC. a Louisiana corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00045-GEB-GGH<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Garland E. Burrell, Jr. |

1     **WHEREAS**, the parties have submitted a joint stipulation to extend the deadline for Defendant Lamar Central Outdoor, LLC incorrectly sued as The Lamar Corporation Which Will Do Business in California as Lamar Advertising of Sacramento, Inc. ("Lamar") to file a responsive pleading from February 10, 2010 to February 25, 2010 to facilitate possible settlement;

    **WHEREAS**, the Court has considered the Stipulation; and

    **WHEREAS**, the Court finds that good cause exists to extend the deadline for Lamar to file a response to the Complaint.

    **IT IS HEREBY ORDERED** that the deadline for Lamar to file a response to the Complaint shall be extended from February 10, 2010 to February 25, 2010.

DATED: 2/10/10

_____
GARLAND E. BURRELL, JR.
United States District Judge