1  MICHAEL F. WRIGHT (SBN 89910)
   TAMARA McCROSSEN-ORR (SBN 241340)
2  STEPTOE & JOHNSON LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067-5052
4  Telephone:(310) 734-3200
5  Facsimile: (310) 734-3300
   Email:    mwright@steptoe.com
6  Email:    tmccrossen-orr@steptoe.com

7  Attorneys for Defendant Lamar Central Outdoor, LLC
8
9                      UNITED STATES DISTRICT COURT
10                     EASTERN DISTRICT OF CALIFORNIA
11                          SACRAMENTO DIVISION

| | |
|---|---|
| WESTERN SIGN COMPANY, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE LAMAR CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS LAMAR ADVERTISING OF SACRAMENTO, INC. a Louisiana corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00045-GEB-GGH<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Garland E. Burrell, Jr. |

1     **WHEREAS**, the parties have submitted a joint stipulation to extend the deadline for Defendant Lamar Central Outdoor, LLC incorrectly sued as The Lamar Corporation Which Will Do Business in California as Lamar Advertising of Sacramento, Inc. ("Lamar") to file a responsive pleading from February 10, 2010 to February 25, 2010 to facilitate possible settlement;

    **WHEREAS**, the Court has considered the Stipulation; and

    **WHEREAS**, the Court finds that good cause exists to extend the deadline for Lamar to file a response to the Complaint.

    **IT IS HEREBY ORDERED** that the deadline for Lamar to file a response to the Complaint shall be extended from February 10, 2010 to February 25, 2010.

DATED: 2/10/10

_____
GARLAND E. BURRELL, JR.
United States District Judge