1  MICHAEL F. WRIGHT (SBN 89910)
2  TAMARA McCROSSEN-ORR (SBN 241340)
   STEPTOE & JOHNSON LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067-5052
4  Telephone:(310) 734-3200
5  Facsimile: (310) 734-3300
   Email:     mwright@steptoe.com
6  Email:     tmccrossen-orr@steptoe.com

7
8  Attorneys for Defendant Lamar Central Outdoor, LLC

9              UNITED STATES DISTRICT COURT
10            EASTERN DISTRICT OF CALIFORNIA
11                 SACRAMENTO DIVISION

12
13 | WESTERN SIGN COMPANY, INC. a | Case No.: 2:10-cv-00045-GEB-KJN
   | California corporation, |
14 |
15 |            Plaintiff,      | **ORDER EXTENDING TIME TO**
   |                            | **RESPOND TO COMPLAINT**
16 |      vs.                   | Judge:  Hon. Garland E. Burrell, Jr.
17 | THE LAMAR CORPORATION
18 | WHICH WILL DO BUSINESS IN
   | CALIFORNIA AS LAMAR
19 | ADVERTISING OF SACRAMENTO,
   | INC. a Louisiana corporation, and DOES
20 | 1 through 50, inclusive,
21 |
   |            Defendants.
22

23
24
25
26
27
28

1    **WHEREAS**, the parties have submitted a joint stipulation to extend the deadline

2    for Defendant Lamar Central Outdoor, LLC incorrectly sued as The Lamar Corporation

3    Which Will Do Business in California as Lamar Advertising of Sacramento, Inc.

4    ("Lamar") to file a responsive pleading from February 25, 2010 to March 12, 2010 to

5    allow the Parties to execute a settlement offer from Western Sign that Lamar recently

6    accepted;

7            **WHEREAS**, the Court has considered the Stipulation; and

8            **WHEREAS**, the Court finds that good cause exists to extend the deadline for

9    Lamar to file a response to the Complaint.

10           **IT IS HEREBY ORDERED** that the deadline for Lamar to file a response to the

11   Complaint shall be extended from February 25, 2010 to March 12, 2010.

12

13   Dated: 2/26/10

14                                   GARLAND E. BURRELL, JR.
15                                   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                    [PROPOSED] ORDER EXTENDING TIME TO
                                     RESPOND TO COMPLAINT