1  MICHAEL F. WRIGHT (SBN 89910)
   TAMARA McCROSSEN-ORR (SBN 241340)
2  STEPTOE & JOHNSON LLP
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, California 90067-5052
4  Telephone:(310) 734-3200
   Facsimile: (310) 734-3300
5  Email:    mwright@steptoe.com
6  Email:    tmccrossen-orr@steptoe.com

7  Attorneys for Defendant Lamar Central Outdoor, LLC
8
9                UNITED STATES DISTRICT COURT
10               EASTERN DISTRICT OF CALIFORNIA
11                    SACRAMENTO DIVISION

| | |
|---|---|
| WESTERN SIGN COMPANY, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE LAMAR CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS LAMAR ADVERTISING OF SACRAMENTO, INC. a Louisiana corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00045-GEB-KJN<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Garland E. Burrell, Jr. |

1    **WHEREAS**, the parties have submitted a joint stipulation to extend the deadline
2 for Defendant Lamar Central Outdoor, LLC incorrectly sued as The Lamar Corporation
3 Which Will Do Business in California as Lamar Advertising of Sacramento, Inc.
4 ("Lamar") to file a responsive pleading from March 12, 2010 to April 6, 2010 to allow
5 the Parties to execute a settlement agreement between the parties;

6    **WHEREAS**, the Court has considered the Stipulation; and

7    **WHEREAS**, the Court finds that good cause exists to extend the deadline for
8 Lamar to file a response to the Complaint.

9    **IT IS HEREBY ORDERED** that the deadline for Lamar to file a response to the
10 Complaint shall be extended from March 12, 2010 to April 6, 2010.

DATED: 3/12/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1

Doc. # CC-223122 v.1